IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

CINQUINCY GLENN, # 261238,       )
                                 )
            Petitioner,          )
                                 )
    v.                           )  Civil Action No. 1:16cv280-ECM
                                 )             [WO]
KARLA JONES, *et al.,*           )
                                 )
            Respondents.         )

**O R D E R**

Before the court is the Recommendation of the Magistrate Judge filed July 27, 2018.

(Doc. # 32.)  There being no timely objection filed to the Recommendation, and based on

an independent review of the record, it is ORDERED as follows:

    1.  The Recommendation of the Magistrate Judge (Doc. # 32) is ADOPTED.

    2.  The petition for habeas corpus relief filed by Petitioner Cinquincy Glenn is

DENIED and DISMISSED with prejudice.

    A separate final judgment will be entered.

    DONE this 20th day of August, 2018.


            /s/   Emily C. Marks
            EMILY C. MARKS
            UNITED STATES DISTRICT JUDGE